UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION



| | | |
|---|---|---|
| JOSE L. OLIVA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-18-CV-00015-FM |
| | § | |
| UNITED STATES OF AMERICA; MARIO J. NIVAR; HECTOR BARAHONA; AND MARIO GARCIA, | § § § | |
| | § | |
| Defendants. | § | |

### ORDER ENTERING DEFENDANT MARIO J. NIVAR'S ORIGINAL ANSWER

Before the court is "Unopposed Motion of Defendant, Mario J. Nivar, For Leave to File Original Answer and Affirmative Defense" ("Motion") [ECF No. 73], filed May 14, 2019 by Defendant Mario Nivar ("Nivar"). Therein, Nivar requests leave of court to file his answer.[1] The Motion is unopposed.[2]

After due consideration, the court finds it is in the interest of justice to grant Nivar leave to file an answer. Accordingly, the court enters the following orders:

1. The "Unopposed Motion of Defendant, Mario J. Nivar, For Leave to File Original Answer and Affirmative Defense" [ECF No. 73] is **GRANTED**.

2. The Clerk of the Court is **INSTRUCTED** to **DOCKET** the signed "Original Answer of Defendant, Mario J. Nivar," attached as ECF No. 73-1.

**SO ORDERED.**

**SIGNED** this 16 day of **May, 2019**.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] Unopposed Motion of Defendant, Mario J. Nivar, For Leave to File Original Answer and Affirmative Defense" 1, ECF No. 73, filed May 14, 2019.

[2] *Id.* at 2.