UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSE L. OLIVA, | § § | |
| Plaintiff, | § § | |
| v. | § § | EP-18-CV-00015-FM |
| UNITED STATES OF AMERICA; MARIO J. NIVAR; HECTOR BARAHONA; and MARIO GARCIA, | § § § § § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL FOR THE UNITED STATES

Before the court is "Motion to Substitute Lead Counsel for the United States" ("Motion") [ECF No. 76], filed May 17, 2019 by the United States ("Government"). Therein, the Government requests to substitute E. Paxton Warner with Lance Duke as counsel of record.[1] The Government explains that Mr. Warner was re-assigned within the United States Attorney's Office, making proper representation "difficult, if not impossible . . . ."[2]

After due consideration, the court finds it is in the interest of justice to allow substitution of counsel. According the "Motion to Substitute Lead Counsel for the United States" [ECF No. 76] is **GRANTED**.

**SO ORDERED**.

SIGNED this ___ day of **May, 2019**.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] "Motion to Substitute Lead Counsel for the United States" 1, ECF No. 76, filed May 17, 2019.

[2] *Id.*