UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSE L. OLIVA, | § | |
| Plaintiff, | § | |
| v. | § | EP-18-CV-00015-FM |
| UNITED STATES OF AMERICA; MARIO J. NIVAR; HECTOR BARAHONA; and MARIO GARCIA, | § | |
| Defendants. | § | |

## ORDER TO SHOW CAUSE

On January 28, 2019, the court entered its "Order Granting Motion to Extend ADR Deadline" ("Order") [ECF No. 20]. Therein, the court set the deadline to complete Alternative Dispute Resolution ("ADR") for June 7, 2019.[1] The parties are required to file an ADR report within 20 days from the deadline.[2] The parties failed to file an ADR report on or before June 27, 2019.

Accordingly, the court enters the following orders:

1. It is **HEREBY ORDERED** that the parties **SHALL SHOW CAUSE** no later than **July 11, 2019** as to why they have failed to comply with the court's Order.

2. It is **FURTHER ORDERED** that the parties **FILE** an ADR report no later than **July 11, 2019**.

**SO ORDERED.**

**SIGNED** this 1st day of **July, 2019**.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] "Amended Scheduling Order" 2, ECF No. 49, entered December 6, 2018.

[2] *Id.*

1